DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar # 6875
100 W. Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
(775) 784-5181-facsimile

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VICKI MORIN, | ) |
| | ) 3:16-cv-0145-HDM-VPC |
| Plaintiff, | ) |
| | )  ORDER GRANTING |
| v. | ) **MOTION TO ADMIT GOVERNMENT** |
| | ) **ATTORNEY (GEOFFREY C. COOK)** |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

     THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Geoffrey C. Cook to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney.  It is anticipated that Mr. Cook will enter an appearance in this action on behalf of the defendant United States.

     Mr. Cook has been a licensed attorney since 1988. Mr. Cook is a member in good standing of the District of Colombia Bar (Bar # 460301). Since 2007, Mr. Cook has been an attorney employed by the United States Department of Justice, Civil Division, Environmental Torts Branch, and his office is located in Washington, D.C.

     LR-IA-10-3 provides that, " [u]nless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States,

shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment."

It is respectfully requested that an Order be issued permitting Geoffrey C. Cook to practice before this Court during the period of his employment by the United States as an attorney.  It is anticipated that Mr. Cook will enter an appearance in this action on behalf of the defendant United States.

Dated:  April 26, 2016                              Respectfully submitted,

                                                    DANIEL G. BOGDEN
                                                    United States Attorney

                                                     /s/ Greg Addington
                                                    GREG ADDINGTON
                                                    Assistant United States Attorney


                                                    IT IS SO ORDERED:

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

                                                    DATED: _May 2, 2016_____

2

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION TO ADMIT GOVERNMENT ATTORNEY (GEOFFREY C. COOK)** has been made through the Court's CM/ECF electronic filing and notification system on all system participants this 26th day of April, 2016.

/s/ Greg Addington
GREG ADDINGTON